AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Ismail Dickerson,<br>*Plaintiff*<br>v.<br>South Carolina, State of *Gov. Henry McMaster*; Gov. Henry McMaster; Myrtle Beach, City of *Mayor Brenda Bethune*; Brenda Bethune *City of Myrtle Beach Mayor*; Kate E. Miller *Myrtle Beach Victim Advocates*; Doris Clemmons *Myrtle Beach Victim Advocates*; Cheryl Finkel *Myrtle Beach Victim Advocates*; Magistrate Judge Dana Pfeiffer Jones *Myrtle Beach Magistrate Judge*,<br>*Defendants*. | Civil Action No.     4:21-cv-00110-TLW |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, Ismail Dickerson, shall take nothing of the defendants, South Carolina, State of *Gov. Henry McMaster*, Gov. Henry McMaster, Myrtle Beach, City of *Mayor Brenda Bethune*, Brenda Bethune *City of Myrtle Beach Mayor*, Kate E. Miller *Myrtle Beach Victim Advocates*, Doris Clemmons *Myrtle Beach Victim Advocates*, Cheryl Finkel *Myrtle Beach Victim Advocates* and Magistrate Judge Dana Pfeiffer Jones *Myrtle Beach Magistrate Judge*, and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, Senior United States District Judge, presiding, accepting with the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date:    February 12, 2021                                   *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                    s/L. Baker

                                                                                    *Signature of Clerk or Deputy Clerk*